# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-cv-01996-CDS-MDC |
| Plaintiff | **Order to Unseal** |
| v. | |
| $504,385.19 in United States Currency, | |
| Defendant | |

Plaintiff United States of America filed this complaint and numerous papers under seal. Given that the related criminal matter has been resolved in open court, the court ordered the Government to show cause by April 15, 2024 why this case should not be unsealed. ECF No. 23. The court warned that "[f]ailure to comply with this order will result in the case being unsealed." *Id.* The Government did not respond to the order to show cause. The court therefore concludes that the Government has no objection to unsealing any prior filings in this case.

IT IS THEREFORE ORDERED that this case is unsealed. The Clerk of Court is kindly instructed to unseal this matter and every sealed filing in this case.

Dated: April 18, 2024

_____
Cristina D. Silva
United States District Judge